BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6831
    Laura.Vartain@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 16-CR-00177 CRB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) | |
| TYLER GREY, et al, | ) ) | |
| Defendant. | ) ) | |

    The defendant Tyler Grey is currently scheduled for an appearance for Wednesday, November 16, 2016 at 2:00 p.m.  The parties hereby request that the date be rescheduled to January 18, 2017.  No exclusion of time is necessary.

//
//
//
//
//
//

[PROPOSED] ORDER

1  SO STIPULATED:

2

3                                                  BRIAN J. STRETCH
                                                   United States Attorney
4

5  DATED: November 10, 2016                              /s/
                                                   LAURA VARTAIN HORN
6                                                  Assistant United States Attorney

7

8  DATED: November 10, 2016                              /s/
                                                   ANTHONY LOWENSTEIN
9                                                  Attorney for Tyler Grey

[PROPOSED] ORDER

[PROPOSED] ORDER

The Court hereby changes the scheduled appearance from November 16, 2016 to January 18, 2017.

IT IS SO ORDERED.

DATED: November 10, 2016

HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] ORDER